FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CODY EPPS, and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>COLUMBIA DEBT RECOVERY GROUP LLC, a Washington limited liability company f/k/a GENESIS CREDIT MANAGEMENT, LLC,<br><br>    Defendant. | NO. 2:18-CV-00327-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 46. Parties have reached a settlement and agree that the above-captioned lawsuit should be dismissed with prejudice and without costs to any party. The Court finds good cause to grant the motion.

    Accordingly, **IT IS HEREBY ORDERED:**

    1.    The parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 46, is **GRANTED**.

    2.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' Stipulation, the above-captioned case is **dismissed** with prejudice and without costs, or attorney fees to either party.

**ORDER OF DISMISSAL** * 1

3. Any pending deadlines are **stricken**.

4. The District Court Clerk is directed to **close** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** the file.

**DATED** this 1st day of June 2020.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** * 2